UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| VIRTUAL STUDIOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:11-cv-359 |
| ) | CLC/Lee |
| ) | |
| BEAULIEU GROUP, LLC. ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT

I, the undersigned counsel of record for Virtual Studios, Inc., certify to the best of my knowledge and belief that my client has no corporate interests to be certified under Federal Rule of Civil Procedure 7.1.

Respectfully submitted,

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By: s/ Michael A. Anderson
 **Michael A. Anderson, BPR #012368**
*Attorneys for Virtual Studios, Inc.*
537 Market Street, Suite 202
Chattanooga, TN 37402
Telephone: (423) 756-7117
Facsimile: (423) 267-5032

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Corporate Disclosure Statement will be served upon the defendant Beaulieu Group, LLC with a copy of the summons and complaint. This 2nd day of December, 2011.

s/ Michael A. Anderson
Michael A. Anderson