UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| VIRTUAL STUDIOS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>BEAULIEU GROUP, LLC,<br><br>    Defendant. | Civ. No. 1:11-cv-359<br>CLC/Lee |

## **O R D E R**

This matter having come before the Court on Beaulieu Group, LLC's ("Beaulieu") Consent Motion for Extension of Time to File Defendant Beaulieu's Reply Memorandum in Support of Its Motions for Summary Judgment, the Court hereby ORDERS that Beaulieu's Reply Memorandum be filed and served no later than April 25, 2013.

/s/_____
CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE