UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED
JUN 17 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

VIRTUAL STUDIOS, INC., )
)
    Plaintiff/Counter-Defendant, )
) Case No: 1:11-CV-359
v. )
) Judge Curtis L. Collier
BEAULIEU GROUP, LLC, )
)
    Defendant/Counter-Plaintiff. )

## VERDICT FORM

We, the jury in this matter, hereby unanimously find as follows:

### Statutory Damages

Plaintiff Virtual Studios has elected to receive statutory damages in this case. Please answer the questions below regarding the plaintiff's statutory damages award.

    1. Which unique room scene images has Plaintiff Virtual Studios proved Beaulieu infringed? Please identify the Trial Exhibit Number for each infringed image on the attached form.

    2. Has the plaintiff proven by a preponderance of the evidence that the defendant willfully infringed the plaintiff's copyrighted room scene images?

    Yes __✓__      No _____

    3. Has the defendant proven by a preponderance of the evidence that it innocently infringed the plaintiff's copyrighted room scene images?

    Yes _____      No __✓__

4. Please indicate the number of "works" you have determined the defendant infringed within the relevant time period.

_____13_____

5. Please indicate the amount of statutory damages you are awarding for each work.

$ _____150,000.00_____

6. The plaintiff is entitled to recover statutory damages in the following amount (multiply "d" times "e"):

$ _____1,950,000.00_____


_____  _____6/17/13_____
Jury Foreperson              Date

2

## Form for Question #1

In response to Question 1, please list the applicable Exhibit Numbers on the lines below:

| Exhibit # | Exhibit # | Exhibit # | |
|---|---|---|---|
| 12- VS-BEALL 7770 | 11- 7765 | 9- 7722 | 0048 |
| ~~7823~~ | 11- 7764 | 9- 7711 | 0049 |
| 15- 7790 | 12- 7772 | 8- 7700 | 0050 |
| 15- 7824 | 11- 7763 | 9- 7706 | 0051 |
| 15- 7820 | 15- 7822 | 10- 7747 | 0059 #1 |
| 15- 7812 | 12- 7768 | 9- 7707 | 0062 |
| 15- 7816 | 10- 7732 | 10- 7733 | 0067 |
| 10- 7752 | 10- 7731 | 12- 7777 | 0069 |
| 15- 7807 | 10- 7730 | 10- 7742 | 0074 |
| 15- 7832 | 9- 7720 | 11- 7759 | 0080 |
| 15- 7831 | 9- 7712 | 12- 7769 | 0102 #2 |
| 13- 7780 | 10- 7746 | 10- 7727 | 0178 #3 |
| 11- 7762 | 9- 7704 | 9- 7709 | |
| 15- 7810 | 9- 7710 | 8- 7697 | |
| 10- 7749 | 9- 7717 | 10- 7734 | |
| 8- 7693 | 10- 7729 | 15- 7826 | 14- 7786 |
| 8- 7698 | 9- 7724 | 15- 7806 | 15- 7830 |
| 8- 7692 | 11- 7760 | 8- 7694 | |
| 11- 7761 | 7828 | 7696 | |
| | 15- 7853 | 14- 7782 | |
| | | 14- 7784 | |